# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONESHIA NEIL, et al. | Case No. 1:17-cv-00256-LJO-SKO |
| Plaintiffs, | **ORDER DIRECTING CLERK TO TERMINATE DEFENDANT COUNTY OF STANISLAUS** |
| v. | |
| MODESTO CITY SCHOOLS DISTRICT, et al., | **(Doc. 17)** |
| Defendants. | |

On May 17, 2017, Plaintiffs and Defendant County of Stanislaus filed a Stipulation and Order of Dismissal (the "Stipulation"), in which they notify the Court that Defendant County of Stanislaus has been dismissed from this action with prejudice. (Doc. 17.) This Stipulation is signed by all parties who have appeared in this action.[1] (*See id.* at 2.) As such, Plaintiffs have voluntarily dismissed Defendant County of Stanislaus with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Court therefore DIRECTS the Clerk to terminate Defendant County of Stanislaus on the docket for this case.

IT IS SO ORDERED.

---

[1] The Complaint names numerous additional Defendants, (*see* Doc. 10), who did not sign the Stipulation, (*see* Doc. 17). However, only County of Stanislaus has appeared at this time. As such, the absence of signatures in the Stipulation for the remaining Defendants does not preclude voluntary dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). *See* Fed. R. Civ. P. 41(a)(1)(A)(ii) ("[T]he plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal signed by all parties who have appeared.").

Dated: **May 18, 2017**    /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE