**PINELLI, DONALD & NOTT**
A Professional Corporation
DOMENIC D. SPINELLI, SBN 172235
ALISON W. WINTER, SBN 251084
815 S Street, Second Floor
Sacramento, CA 95811
Telephone: (916) 448-7888
Facsimile: (916) 448-6888

Attorneys for Defendant
STANISLAUS COUNTY OFFICE OF EDUCATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CLAIFORNIA

| | |
|---|---|
| DONESHIA NEIL, Deceased, THROUGH HER SUCCESSOR IN INTEREST LATISHA CYPRIAN; LATISHA CYPRIAN, Individually,,<br><br>   Plaintiff,<br><br>vs.<br><br>MODESTO CITY SCHOOLS DISTRICT, a public entity; MODESTO CITY SCHOOLS DISTRICT BOARD MEMBERS: STEVEN GRENBEAUX, SUE ZWAHLEN, CHAD BROWN, CRAIG RYDQUIST, AMY NEUMANN, CINDY MARKS, JOHN WALKER, PAMELA ABLE, VIRGINA (GINGER) JOHNSON, JULIE A. BETSCHART, DAN PARK, NADENE GALAS, RICHARD BAUM, Individually: CHRISTOPHER CHILLES, and ARY CARVALHO Individually; COUNTY OF STANISLAUS, a public entity; STANISLAUS COUNTY OFFICE OF EDUCATION; and DOES 1-50, Jointly and Severally,<br><br>   Defendants. | Case No.: 1:17-CV-256-LJO-SKO<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT, STANISLAUS COUNTY OFFICE OF EDUCATION TO FILE RESPONSIVE PLEADING**<br>**(L. RULE 144; FRCP 6)**<br><br>**(Doc. 28)**<br><br>Judge assigned for all purposes:<br>Hon. Lawrence J. O'Neill<br><br>Complaint filed: 2/22/17<br>FAC filed:   4/24/17<br>Trial date:   Not assigned |

1
**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT, STANISLAUS COUNTY OFFICE OF EDUCATION TO FILE RESPONSIVE PLEADING**

SPINELLI, DONALD & NOTT

## STIPULATION

Pursuant to Civil Local Rule 144, and Federal Rule of Civil Procedure 6, Plaintiffs, through their attorneys of record, and Defendant, through its attorneys of record, hereby stipulate to an extension as follows:

1. On February 22, 2017, Plaintiffs filed an initial C0omplaint with this Court. On April 24, 2017, Plaintiffs filed a First Amended Complaint ("FAC") with this Court. Pursuant to Federal Rule of Civil Procedure 12, Defendant's responsive pleading must be filed by June 30, 2017.

2. On May 19, 2017, Defense counsel sent Plaintiff's counsel a meet and confer letter regarding Defendant's intent to file a Motion to Dismiss the FAC and Motion for a More Definite Statement under Federal Rule of Civil Procedure 12.

3. On June 19, 2017, the parties exchanged emails and agreed to extend the meet and confer process for 30 days.

Based on the foregoing, IT IS HEREBY STIPULATED, by and between all parties through their respective counsel of record that: Defendant's date to answer or otherwise respond to the FAC is extended to July 28, 2017.

Dated: June 20, 2017    **LAW OFFICES OF TIM A. PORI**

By: /s/ Tim A. Pori
TIM A. PORI
Attorney for Plaintiff,
DONESHIA NEIL, Dec., LATISHA CYPRIAN

Dated: June 20, 2017    **SPINELLI DONALD & NOTT**

By: /s/ Domenic D. Spinelli
DOMENIC D. SPINELLI
ALISON W. WINTER
Attorney for Defendant,
STANISLAUS COUNTY OFFICE OF EDUCATION

SPINELLI, DONALD & NOTT

2
**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT, STANISLAUS COUNTY OFFICE OF EDUCATION TO FILE RESPONSIVE PLEADING**

# **ORDER**

Pursuant to the above-stipulation of the parties (Doc. 28), and for good cause shown thereby, the request to extend the time for Defendant Stanislaus County Office of Education to respond to Plaintiff's First Amended Complaint is GRANTED. It is hereby ORDERED that Defendant Stanislaus County Office of Education's responsive pleading shall be filed on or before July 28, 2017.

IT IS SO ORDERED.

Dated: **June 23, 2017**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

SPINELLI, DONALD & NOTT

3

**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT, STANISLAUS COUNTY OFFICE OF EDUCATION TO FILE RESPONSIVE PLEADING**