SPINELLI, DONALD & NOTT
A Professional Corporation
LYNN A. GARCIA, SBN: 131196
601 University Avenue, Suite 225
Sacramento, CA 95825
Telephone: (916) 448-7888 | Facsimile: (916) 448-6888
lynng@sdnlaw.com

Attorneys for Defendants DAN PARK, NADENE GALAS,
RICHARD BAUM, and GARY CARVALHO

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
CORNELIUS J. CALLAHAN, SBN: 202585
1125 I Street, Suite 1
Modesto, CA 95354
Telephone: (209) 524-1100 | Facsimile: (209) 524-1188
neil.callahan@mccormickbarstow.com

Attorneys for Defendant CHRISTOPHER CHILLES

TIM A. PORI, SBN 189270
Law Offices of Tim A. Pori
724 Texas Street
Fairfield, CA 94533
Telephone: (707) 427-2800 | Facsimile: (707) 427-2220
tim@defense-attorney-pori.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO

| | |
|---|---|
| DONEISHA NEIL, Deceased, THROUGH HER SUCCESSOR IN INTEREST LATISHA CYPRIAN; LATISHA CYPRIAN, Individually,<br><br>Plaintiff,<br>vs.<br><br>DAN PARK, NADENE GALAS, RICHARD BAUM, CHRISTOPHER CHILLES, and GARY CARVALHO Individually; and DOES 1–50, Jointly and Severally<br><br>Defendants. | Case No.: 1:17-cv-00256-LJO-SKO<br><br>**JOINT STIPULATION TO CONTINUE PRETRIAL CONFERENCE**<br><br>Complaint filed: 2/22/17<br>Trial Date: November 5, 2019 |

/ / /

/ / /

/ / /

SPINELLI, DONALD & NOTT

The parties, by and through their counsel of record, stipulate as follows and jointly make the following request for modification of existing dates:

1. Plaintiff filed her Complaint on February 6, 2017. (ECF 1).

2. Plaintiff filed her First Amended Complaint on April 24, 2017 (ECF 10).

3. Plaintiff filed her Second Amended Complaint on July 26, 2017 (ECF 39).

4. Plaintiff filed her Third Amended Complaint, the operative complaint on November 6, 2017 (ECF 40).

5. On February 27, 2018, counsel of record filed a Joint Scheduling Report outlining the parties proposed deadlines to the court. (ECF 49)

6. On March 7, 2018, the Court issued its Scheduling Order setting forth deadlines and scheduling the Settlement Conference, Pretrial Conference and Trial in his matter. (ECF 54)

7. On August 29, 2018, Substitutions of Attorney were Ordered by the Court adding Lynn A. Garcia, as counsel of record for Defendants Dan Park, Nadene Galas, Richard Baum and Gary Garvalho. (ECF 59-62)   At that point, the Scheduling Order had been in place for almost six (6) months.

8. Thus, counsel for Defendants Dan Park, Nadene Galas, Richard Baum and Gary Garvalho has a conflict with the date of September 11, 2019.

9. This is the first request to continue the Status (Pretrial Scheduling) Conference from September 11, 2019.

10. The parties HEREBY STIPULATE AND AGREE to continue the Status (Pretrial Scheduling) Conference for one (1) week after the currently scheduled date of September 11, 2019 to September 18, 2019, or as soon thereafter as the court may have available, and that all due dates triggered by the date of the Status (Pretrial Scheduling) Conference be reset accordingly.

///

///

///

///

WHEREFORE, the parties enter into this Stipulation on the terms and conditions set forth above and request that the Court issue an Order consistent with its terms.

Dated: February 6, 2018    SPINELLI, DONALD & NOTT

By: s/ Lynn A. Garcia
   LYNN A. GARCIA
   Attorneys for Defendants
   DAN PARK, NADENE GALAS,
   RICHARD BAUM, and GARY
   CARVALHO

Dated: January 31, 2019    McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: s/ Neill Callahan
   NEIL CALLAHAN
   Attorneys for Defendant
   CHRISTOPHER CHILLES

Dated: December 21, 2018    LAW OFFICES OF TIM A. PORI

By: s/ Tim A. Pori
   TIM A. PORI
   Attorneys for Plaintiff

## **FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), regarding signatures, Lynn A. Garcia hereby attests that concurrence in the filing of this document has been obtained from all the signatories above.

Dated: February 6, 2019    s/ Lynn A. Garcia
   LYNN A. GARCIA
   Counsel for Defendants

**<u>ORDER</u>**

PURSUANT TO THE STIPULATION AND GOOD CAUSE APPEARING, the date for the Status (Pretrial Scheduling) Conference currently set for September 11, 2019 shall be vacated and continued one (1) week out, or as soon thereafter as the court may have available, to be scheduled on September 18, 2019 at 8:15 a.m. in Courtroom 4. A Joint Status Report must be filed on behalf of the Parties on or before September 11, 2019.

IT IS SO ORDERED.

Dated: **February 7, 2019**  /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

SPINELLI, DONALD & NOTT