UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONEISHA NEIL, Deceased, THROUGH HER SUCCESSOR IN INTEREST LATISHA CYPRIAN; LATISHA CYPRIAN, Individually,<br><br>Plaintiff,<br>vs.<br><br>DAN PARK, NADENE GALAS, RICHARD BAUM, CHRISTOPHER CHILLES, and GARY CARVALHO Individually; and DOES 1–50, Jointly and Severally<br><br>Defendants. | No. 1:17-cv-00256-LJO-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE DEFENDANT GARY CARVALHO<br><br>(Doc. 67) |

On February 22, 2019, the parties filed a stipulation of dismissal of Defendant Gary Carvalho, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A). (Doc. 67.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the

action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because the parties filed a stipulation of dismissal with prejudice under Rule 41(a)(1)(A)(ii), this case has automatically terminated as to Defendant Gary Carvalho. Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of Court is directed to TERMINATE Defendant Gary Carvalho.

This case shall remain OPEN pending resolution of Plaintiff's case against the remaining defendants.

IT IS SO ORDERED.

Dated: **February 25, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE