UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONEISHA NEIL, Deceased, THROUGH HER SUCCESSOR IN INTEREST LATISHA CYPRIAN; LATISHA CYPRIAN, Individually,<br><br>        Plaintiff,<br>vs.<br><br>DAN PARK, et al.<br><br>        Defendants. | No. 1:17-cv-00256-LJO-SKO<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFF'S FAILURE TO COMPLY WITH AN ORDER OF THE COURT AND CONTINUING THE SETTLEMENT CONFERENCE<br><br>(Doc. 79) |

On June 6, 2019, the Court ordered the parties to participate in a pre-settlement telephonic conference on August 6, 2019, at 10:15 A.M. (Doc. 79.) Defense counsel dialed in to the telephone conference the Court at the appointed time, but Plaintiff's counsel did not. The Court attempted to reach counsel by phone three times but was unsuccessful.

By no later than **August 14, 2019**, Plaintiff shall file written response to this Order to Show Cause why sanctions should not issue for her failure to comply with the Court's June 6, 2019 order. In response, Plaintiff shall explain the reason for failing to participate in the pre-settlement telephonic conference.

In addition, having reviewed the parties' confidential settlement conference statements, the Court finds that a settlement conference at this time will not be productive. Accordingly, the

settlement conference set for August 12, 2019 is **CONTINUED to September 25, 2019 at 11:00 A.M**. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto.  The parties shall meet and confer and, **by no later than September 18, 2019**, shall send updated Confidential Settlement Conference Statements to SKOorders@caed.uscourts.gov.

**Failure to comply with this order shall be grounds for the imposition of sanctions on any and all counsel as well as any party or parties who cause non-compliance with this order.**

IT IS SO ORDERED.

Dated: **August 6, 2019**                         /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE